# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  ALMA D. DOUGLAS                                       Case Number: 04-72108
        2814 LAWNDALE AVENUE              SSN-xxx-xx-0852
        ROCKFORD, IL  61101

                                                          Case filed on:    4/20/2004
                                                          Plan Confirmed on:  6/25/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $9,350.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 201 | AMERICREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 202 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ALMA D. DOUGLAS | 0.00 | 0.00 | 55.69 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 55.69 | 0.00 |
| 001 | AMERICREDIT | 5,300.00 | 5,300.00 | 5,300.00 | 1,860.71 |
| 002 | CHEVY CHASE BANK | 39.41 | 39.41 | 39.41 | 0.00 |
| 002 | CHEVY CHASE BANK | 100.00 | 100.00 | 100.00 | 0.00 |
|  | Total Secured | 5,439.41 | 5,439.41 | 5,439.41 | 1,860.71 |
| 001 | AMERICREDIT | 3,765.80 | 0.00 | 0.00 | 0.00 |
| 003 | ALLIED INTERSTATE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ASPIRE VISA | 3,041.81 | 0.00 | 0.00 | 0.00 |
| 005 | BERGNER'S / CARSON PIRIE SCOTT | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CLARK RETAIL ENTERPRISES INC | 496.55 | 0.00 | 0.00 | 0.00 |
| 007 | CREDIT FIRST NA | 222.78 | 0.00 | 0.00 | 0.00 |
| 008 | DEBT-FREE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | FASHION BUG | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CREDITORS BANKRUPTCY SERVICE | 271.46 | 0.00 | 0.00 | 0.00 |
| 011 | RETAILERS NATIONAL BANK | 290.89 | 0.00 | 0.00 | 0.00 |
| 012 | SEARS BANKRUPTCY RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ROUNDUP FUNDING LLC | 236.33 | 0.00 | 0.00 | 0.00 |
| 014 | WAL-MART | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CAPITAL ONE | 1,872.22 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 10,197.84 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 17,001.25 | 6,803.41 | 6,859.10 | 1,860.71 |

Total Paid Claimant:        $8,719.81
Trustee Allowance:          $630.19         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00           discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

                                              /s/ Lydia S. Meyer
                                              Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008          By  /s/Heather M. Fagan